■ In the Matter of Elsa Ernst, Respondent. Irving H. Lederman, Appellant.—Order of the Supreme Court, Queens County, dated December 19, 1979, affirmed, with $50 costs and disbursements. No opinion. The examination shall proceed at the place designated in the order under review, at a time to be fixed in a written notice of not less than 10 days, to be given by petitioner, or at such other time and place as the parties may agree. Damiani, J. P., Titone, Lazer and Cohalan, JJ., concur.